*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
HOLIFIELD, STEWART, and HACKEL
Appellate Military Judges

———————————————

**UNITED STATES**
*Appellee*

**v.**

**Joshua H. ROEHR**
Culinary Specialist Seaman Recruit (E-1), U.S. Navy
*Appellant*

**No. 202100240**

———————————————

Decided: 13 December 2021

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Angela J. Tang

Sentence adjudged 30 June 2021 by a special court-martial convened at Naval Submarine Base New London, Groton, Connecticut, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: confinement for 85 days and a bad-conduct discharge.

For Appellant:
*Captain Kimberly D. Hinson, JAGC, USN*

———————————————

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.